UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL FARRELL,

                             **Plaintiff,**                      20-CV-09761 (JMF)(SN)

            -against-                                   **ORDER**

CORRECTION OFFICER GONZALEZ, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On May 3, 2021, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. In accordance with the referral order, the parties are directed to contact my chambers no later than May 5, 2021. Accordingly, by May 5, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates for a settlement conference.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     May 4, 2021
               New York, New York